AO 91 (Rev. 11/11) Criminal Complaint



CLERK'S OFFICE
A TRUE COPY
Apr 18, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) |
| RAYSHON SYKES (XX/XX/1999) | ) Case No. 25-M-374 (SCD) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 23, 2024 - Aprl, 13, 2025 in the county of Milwaukee in the Eastern District of Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 1951(a) and Title 18, Section 9249(c) | Hobbs Act Robbery and Use and Brandishing a firearm during a crime of violence |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Heather N. Wright, Special Agent - FBI
Printed name and title

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 4-18-25

_____
Judge's signature

City and state: Milwaukee, Wisconsin    Honorable Stephen C. Dries, U.S. Magistrate Judge
Printed name and title

Case 2:25-mj-00374-SCD    Filed 04/18/25    Page 1 of 10    Document 1

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Heather N. Wright, being first duly sworn, state the following is true and correct to the best of my knowledge and belief:

## I. INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July of 2010. Since August of 2020, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, defined under Title 18 of the United States Code. I have participated in the investigation of numerous violent crimes, including armed bank robberies, armed motor vehicle robberies, and armed commercial robbery investigations in violation of Title 18, United States Code, Sections 924(c), 1951, 1956, 1957, 2113, and 2, and other related offenses. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, cellular telephone extractions, interviews, DNA collection, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

2. I have conducted and/or assisted with investigations of violent crime violations in conjunction with agents and officers from other jurisdictions, and have received training from these agents and officers in conducting these investigations. I have also conducted and/or assisted with investigations that have led to the arrest of persons for violations of law dealing with commercial robberies.

3. This affidavit is based upon my personal knowledge, training and experience, and on information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon my review of police reports, official records, citizen witnesses' statements, consent searches, recorded statements, law enforcement surveillance, surveillance video, social media, court records, telephone records, and public records which I consider to be reliable as set forth herein. The facts of this Affidavit are based upon information obtained from my investigation, as well as information I have received from other law enforcement officers.

4. Based on the investigation to date, I submit that there is probable cause to believe that RAYSHON SYKES (DOB XX/XX/1999) committed an armed robbery of a Dollar General located in Milwaukee, Wisconsin, on December 23, 2024, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use and brandishing of a firearm during a crime of violence), that SYKES committed an armed robbery of a Game Stop located in Milwaukee, Wisconsin, on April 8, 2025, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use and brandishing of a firearm during a crime of violence) and that SYKES and an unknown actor committed an armed robbery of the same Game Stop on April 13, 2025, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use and brandishing of a firearm during a crime of violence.

5. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint and arrest warrants, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts I believe are pertinent to establishing the necessary foundation for the complaint and corresponding arrest warrants.

II. PROBABLE CAUSE

6. I investigating a series of armed robberies businesses in Milwaukee, Wisconsin,

that occurred between at December 23, 2024 and April 13, 2025. The businesses referenced in this affidavit are businesses that are involved in interstate commerce, and the below-described robberies affected interstate commerce.

**Armed Robbery of the Dollar General Store located at 627 W. Historic Mitchell Street, Milwaukee, Wisconsin – December 23, 2024**

7. On December 23, 2024, at approximately 8:57 a.m. CST, an armed robbery occurred at the Dollar General Store located at 627 W. Historic Mitchell Avenue, Milwaukee, Wisconsin. The employee victim, hereinafter M.P., stated that he was outside, salting the snow on the sidewalk, just before the store was to open for the day. M.P. stated that he took note of an individual standing on the sidewalk as he was returning back to the store. M.P. stated that the suspect entered the store behind him and walked down an aisle away from the register counter. M.P. stated that he was near the register counter when the subject came from the aisle and walked towards the register with a gun pointed at him and his coworker, hereinafter K.H..

8. M.P. stated that he was ordered by the suspect to lock the front doors and then ordered to grab a plastic bag and unlock the cigarette case. M.P. stated that he complied with the suspect's request as the suspect ordered K.H. to open the safe. M.P. stated that the suspect was getting antsy because the K.H. could not get the safe open. M.P. stated that M.P. then opened the safe and both M.P. and K.H. backed away from the suspect while the subject proceeded to empty the contents of the safe into the bag provided, before fleeing the business.

9. The subject was described as a black male with a dark complexion, approximately 20-25 years old, 5'7" in height, 140 pounds, skinny build, wearing a black mask, black hoodie, black pants, and armed with a black handgun, with some silver, and an extended magazine.

10. Video surveillance of the incident was recovered by law enforcement from the Dollar General. Upon review, I observed, at 08:57:14, the suspect enter the business with both hands in his pockets, wearing a black face covering, a black hooded jacket, black pants, and gray shoes. The suspect exits out of view, and at approximately 08:57:34, approaches the two Dollar General employees with a black handgun with an extended magazine. The video corroborates M.P.'s timeline of events and during the robbery. The suspect's handgun can clearly be seen, during which, the suspect places the firearm onto the ground while placing the contents of the safe into the yellow plastic bag. At 08:59:05, the suspect is observed exiting the business on foot.

11. A canvas for surveillance video was conducted and a video was recovered near the Dollar General that shows the suspect, in dark clothing, running Northbound through the alley across the street from Dollar General and immediately turn westbound in the T-alley towards 7th Street. The suspect is observed getting into a dark colored Nissan SUV, which then pulls out onto S. 7th Street from the same alley, and turns northbound ono the 1600 block of S. 7th Street at 09:00:24.

**Armed Robbery of GameStop located at 4131 N. 56th Street, Milwaukee, Wisconsin – April 8, 2025**

12. On April 8, 2025, at approximately 5:32 p.m., an armed robbery occurred at the GameStop located at 4131 N. 56th Street, Milwaukee, Wisconsin. The victim, hereinafter J.B., was an employee of the GameStop and stated that he arrived at work just prior to, his coworker's, hereinafter R.R., shift ending at 5:30 PM. J.B. stated that he and R.R. spoke for a few minutes when a black, male, wearing a dark blue leather jacket, black adidas joggers with white stripes going down the out seam and white and Navy blue Nike Air Jordan 11s, entered the business. J.B. stated this subject was approximately 5'09" and had a black hoodie on under the jacket with the

4

hood up, and wearing a black ski mask, J.B. also stated that the subject was not wearing gloves. J.B. stated that he and R.R. saw the subject enter the store, walk to the back of the store and quickly exit the store heading north on 56th Street. J.B. stated that both he and R.R. took note because they thought it was odd that the subject came and left so quickly.

13. J.B. stated that R.R. left at approximately 5:30 PM and she headed north on N. 56th Street. J.B. Stated that approximately two minutes later, the same subject entered the store again and approached J.B., who was at the cash register watching the TV monitor that played various advertisements for upcoming games. J.B. stated that he heard the subject say to him "I'm going to need that register money". J.B. thought he was joking and turned to face the subject who repeated the demand and brandished a small rifle, partially concealed, under his jacket. J.B. stated that he started to open the cash register when the subject instructed him to the back storage room. In the storage room, the subject grabbed a preowned PS5 Slim Physical (SN: E43501VKK10618396) valued at $450 along with a S5 white controller valued at $75, and then led J.B. back out into the main area of the store. J.B. stated that the subject told J.B. "I don't want to hurt you". J.B. stated that he opened both registers and the subject reached into the register drawers and removed approximately $750 in US Currency plus an unknown amount of quarters, placing the money into his jacket pockets. J.B. stated that he handed a white GameStop plastic bag to the subject and the subject placed the PlayStation console and controller inside of it and then walked out the store, heading Northbound on N 56th Street.

14. Video surveillance from the GameStop was recovered by law enforcement. A review of the footage corroborates the incident account provided by J.B., including the subject entering the GameStop originally, and leaving, prior to returning, shortly thereafter, and approaching J.B. with his right arm holding what appeared to be the firearm described by J.B..

5

**Armed Robbery of the GameStop located at 3141 N. 56th Street, Milwaukee, Wisconsin – April 13, 2025**

15. On April 13, 2025, at approximately 11:04 a.m., an armed robbery occurred at the GameStop located at 3141 N. 56th Street, Milwaukee, Wisconsin. The victim, hereinafter R.R., stated that just after opening at 11:00 AM, two unknown black male subjects entered the business. R.R. stated the Subject 1 approached her and retrieved a small rifle from under his coat. R.R. stated that Subject 1 did not point the firearm directly at her and stated that he would not hurt her, but wanted the money from the register and from the safe. R.R. stated that she opened the register and the subject took rh money out totaling $200. R.R. stated that she then entered the code to the safe, which was on a 10-minute delay. After 10 minutes, the safe was opened and the subject obtained $1500. R.R. stated that while she was dealing with Subject 1 with the firearm, Subject 2 went to the back of the store and placed five Sony PlayStation 5's into a cardboard box and carried them to the front of the store and eventually outside. R.R. stated that subject 2 also placed multiple Sony PlayStation controllers and placed them into the box as well. R.R. described Subject 1 as a black male, 30's, 5'10, 150lbs thin build, dark complexion, wearing a black face mask, black hooded sweatshirt with the hood up, black jacket with white piping, black pants, white with black web style trim, armed with a large firearm resembling a micro Draco with wooden handgrip,. R.R. described Subject 2 as a black male, 5'9, 20 years old, 180lbs, medium build, light complexion, wearing black ski mask, red hooded sweatshirt, blue jeans.

16. Surveillance video from the GameStop was obtained by law enforcement and corroborated R.R.'s statements regarding the incidents that occurred inside the GameStop.

17. On Tuesday April 15, 2025, Officers obtained video from a business to the north of GameStop. The video shows Suspect 1 loading items from the GameStop into the passenger

side of a black Nissan Rouge. Once the items are inside the Rouge, Suspect 1 gets into the front passenger seat, and the Nissan Rouge speeds off southbound on N 56th Street. The video shows that the front and rear rims on the passenger side of the Rouge are a different style. The rear plate has a tinted registration plate cover, and the rear windshield wiper was faded or weather damaged at the tip.

18. A review of Flock images in the area of the robbery on April 13, 2025, Officers were able to identify the suspect vehicle based the unique features (mis-match rims, tinted plate cover, and weather damaged rear wiper blade) as 2015 black Nissan Rogue bearing WI plates of AZA5041, registered to RAYSHON Q SYKES (dob: XX/XX/99).

19. A review of SYKES within open source and law enforcement databases revealed that SYKES was a named suspect for a felony theft on November 3, 2024, at the Dollar General located at 627 W Historic Mitchell Street. In that investigation, SYKES was an employee at the Dollar General, and was captured on surveillance video, stealing money from the safe and two cash registers. On November 3, 2024, SYKES was observed wearing the same style and color shoes as Suspect 1 when the armed robbery of the GameStop is being committed on April 13, 2025. SYKES was also listed as being 5'11" and weighing 140 pounds which matches the physical description of the subject seen in surveillance video on both April 8, 2025 and April 13, 2025.

20. Also on April 15, 2025, at 1:05 p.m., Officers from the Milwaukee Police Department were dispatched to the GameStop located at 4131 N. 56th Street, Milwaukee for additional information/follow-up. On scene, officers spoke with the store manager, hereinafter D.J. who stated that he believed that Subject 1 in the armed robbery of the GameStop on April 8, 2025 and April 13, 2025, may be the same subject from a phone theft incident that had occurred on Sunday, March 23, 2025 at approximately 3:25 p.m.. D.J. stated that the subject in that theft was wearing the same shoes as Subject 1 and had similar mannerisms when he compare the video from

7

the incidents. D.J. stated that this subject was identified by his driver's license during the phone theft as RAYSHON SYKES which SYKES had provided to the employee prior to stealing the phone.

**Arrest of RAYSHON SYKES and search warrant execution at 8115 West Hampton Avenue**

21. On Wednesday, April 16, 2025 at approximately 8:00 AM, members of the Milwaukee Police Department Special Investigation Division conducted an investigation at 8115 West Hampton Avenue, which is located within the City and County of Milwaukee. Police Officer Matthew BROOKS who was working in an undercover capacity observed a Black Nissan Rogue bearing Wisconsin Registration Plate #AZA5041, which was wanted regarding the above listed armed robbery investigations. The Nissan was parked in a rear parking slab parallel to 8115 West Hampton Avenue. The investigation was conducted with the intent to recover the Nissan Rogue as well as apprehend the registered owner, SYKES. At approximately 9:40 AM, SYKES was observed exiting from the rear of 8115 West Hampton Avenue and entered the driver's seat of the Nissan. MPD SID approached SYKES on foot and arrested SYKES without incident. A search incident to arrest revealed a tan Glock semi-automatic firearm, which was concealed from ordinary view in SYKES front waistband within his underwear. Officers were aware that SYKES did not possess a carry conceal weapon permit to possess a concealed weapon/firearm which was confirmed through a check through NCIC prior to the course of this investigation.

22. On April 16, 2025, a Wisconsin state search warrant was obtained and executed at 8115 W Hampton Ave, #4, which is the apartment SYKES identified as the location where he was staying. Milwaukee Police Detectives recovered three Sony Play Station 5 consoles, which were still in the box, thirteen preowned video game controllers in GameStop packaging, fifteen brand new video game controllers inside their original packaging, as well as a Micro Draco style firearm

matching the physical description of the armed robberies that took place on April 8th and April 13th at GameStop, along with six additional firearms.

23. I, along with Milwaukee Police Detective and FBI Task Force Officer Brendan Dolan, later conducted a *Mirandized* custodial interview of SYKES and he admitted to committing the theft of $12,425.05 from November 3, 2024 and identified himself in surveillance footage. SYKES also identified himself as well as his vehicle in a still frame footage from the armed robbery of the Dollar General on December 23, 2025 and admitted to committing the robbery. SYKES identified the suspect vehicle as his vehicle and stated he spent the money taken from the robbery on Christmas presents for his family. In addition, SYKES admitted to conducting the GameStop armed robbery that occurred on April 8, 2025 as well as the GameStop armed robbery that occurred on April 13, 2025 and that the suspect vehicle used in the armed robbery was the Nissan Rogue registered to him.

### III. CONCLUSION

24. Based on the investigation to date, I submit there is probable cause to believe that RAYSHON SYKES committed three armed robberies of businesses in Milwaukee, Wisconsin, between December 23, 2024 through April 13, 2025, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use and brandishing of a firearm during a crime of violence) and 2(a).