UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **INITIAL APPEARANCE**<br>on Criminal Complaint |
| v. | |
| **RAYSHON SYKES** | CASE NUMBER **25-MJ-374** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: 3:02 PM |
| Hearing Held: April 18, 2025 | Hearing Ended: 3:07 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick
RAYSHON SYKES, in person, and by: Ramuel Figueroa         ☐ CJA  ☑ FDS  ☐ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☑ None  ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☑ **Preliminary Hearing/Arraignment and Plea set for April 30, 2025 at 8:30 AM**

Maximum Penalties:
20 years imprisonment, 5 years SR, $250,000 fine, $100 SA
Mandatory minimum 7 years to life imprisonment consecutive, 5 years SR, $250,000 fine, $100 SA

Defense:
- Will not argue for release. Rests om the presumption.
- Rule 5 objection. Defendant was arrested Wednesday morning and brought in today.

Government:
- Not prepared to discuss objection without looking at it in more detail.
- Asks that objection be put in writing so can formally respond.

Court:
- Orders defendant detained pending trial based on the presumption.
- Will address objection in motions practice if necessary.
- Preliminary hearing/Arraignment and Plea set for 4/30/2025 at 8:30 AM

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**Bond Status:** ☑ Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)